**FILED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT of TEXAS
SAN ANTONIO DIVISION

MAR − 9 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Criminal Case |
| | § | No. SA-02-CR-621(3)-FB |
| JESUS SALAZAR RAMIREZ, | § | |
| | § | |
| Defendant | § | |

ORDER

Defendant Jesus Salazar Ramirez's motion for reconsideration (Docket Entry No. 671) of this Court's Order (Docket Entry No. 667), pursuant to to Fed. R. Civ. P. 59(e), is DENIED for the reasons stated in this Court's Order (Docket Entry No. 667) and the Magistrate Judge's Report and Recommendation (Docket Entry No. 593).  Defendant has not identified an error of law or fact or other grounds warranting a new trial or amendment of judgment pursuant to Fed. R. Civ. P. 59(e) or relief from judgment pursuant to Fed. R. Civ. P. 60(b).

It is so ORDERED.

SIGNED this ___9___ day of March, 2011.

FRED BIERY
UNITED STATES DISTRICT JUDGE